Chief Magistrate Judge Theresa L. Fricke

___ FILED ___ LODGED
___ RECEIVED
Jan 16 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEKIEL ALON HAMPTON,<br><br>Defendant. | NO. 3:25-mj-05016<br><br>COMPLAINT FOR VIOLATIONS<br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |

BEFORE, Theresa L. Fricke, United States Chief Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm - Vehicle)

On or about October 29, 2024, in Pierce County, within the Western District of Washington, EZEKIEL ALON HAMPTON, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*Interstate Transportation of a Minor for Purposes of Prostitution* (two counts),

Complaint - 1
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

*Interstate Transportation for Purposes of Prostitution*, and *Sex Trafficking of a Minor* (two counts), in United States District Court in the Western District of Washington, under case number CR08-5671BHS, on or about May 10, 2010; did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger, Model: LCP, .380 caliber pistol, and an AA Arms, Model: AP-9, 9mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of a Firearm - Apartment)

On or about October 29, 2024, in King County, within the Western District of Washington, EZEKIEL ALON HAMPTON, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*Interstate Transportation of a Minor for Purposes of Prostitution* (two counts), *Interstate Transportation for Purposes of Prostitution*, and *Sex Trafficking of a Minor* (two counts), in United States District Court in the Western District of Washington, under case number CR08-5671BHS, on or about May 10, 2010; did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger, .380 caliber pistol, and a UMAREX (Heckler & Koch), .22 caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 3

### (Possession of a Controlled Substance with Intent to Distribute - Apartment)

On or about October 29, 2024, in King County, within the Western District of Washington, EZEKIEL ALON HAMPTON did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

Complaint - 2
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

It is further alleged that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

It is further alleged that this offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl)].

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4

**(Possession of a Controlled Substance with Intent to Distribute - Vehicle)**

On or about October 29, 2024, in Pierce County, within the Western District of Washington, EZEKIEL ALON HAMPTON did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

It is further alleged that this offense involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

It is further alleged that this offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl)].

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

And the complainant states that this Complaint is based on the following information.

I, Hannah Bush, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer, being first duly sworn on oath, depose and say:

Complaint - 3
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

## INTRODUCTION

1. The information in this affidavit is provided for the limited purpose of establishing probable cause and is not a complete statement of all the facts related to this case. I have reviewed the facts of the case in this investigation; however, the investigation is still ongoing. Based on this, I am familiar with the facts and circumstances of this investigation.

## AFFIANT BACKGROUND AND EXPERIENCE

2. As a Bureau of Alcohol, Tobacco, Firearms & Explosives Task Force Officer (TFO), I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am also a commissioned law enforcement officer with the Tacoma Police Department, assigned to the Special Investigations Division. I was hired with Tacoma Police Department in 2017. I have completed the 720 hour Basic Law Enforcement Academy (BLEA) where, among other things, I was trained in criminal investigations, interview and interrogation, criminal law, patrol procedures, and the requirements of probable cause and arrest. I joined the Special Investigation Division of the Tacoma Police Department in October of 2022 where I received additional training by senior officers on cases involving narcotic types, manufacturing, and distributing of narcotics. I have served in cases including unlawful delivery of controlled substances. I have successfully served numerous search warrants involving these types of offenses. I have become familiar with identifying numerous types of narcotics (methamphetamine, heroin, fentanyl powder/pills, cocaine) and common trends used by narcotics dealers to distribute these narcotics. I have also completed numerous additional narcotics trainings, to include Washington State Narcotics Investigators' Association Training (WASNIA) in May of 2023. My current unit's duties include the investigation of narcotic related crimes. Specifically, the identification of controlled substances, the common street

Complaint - 4
United States v. Ezekiel Alon Hampton
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

packaging methods and related paraphernalia, and the common street trafficking methods of controlled substances, specifically rock (base) cocaine, heroin to include (China white, black tar, and brown pure), powdered cocaine, methamphetamine, marijuana, and scheduled prescription drugs.

3.  The facts set forth in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.  Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to that EZEKIEL ALON HAMPTON has committed violations of Title 18, United States Code, Section 922(g)(1) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## HAMPTON'S PRIOR CONVICTION

5.  EZEKIEL A. HAMPTON was previously convicted of Interstate Transportation of a Minor for Purposes of Prostitution (two counts), Interstate Transportation for Purposes of Prostitution, and Sex Trafficking of a Minor (two counts), in United States District Court in the Western District of Washington, under case number CR08-5671BHS, on or about May 10, 2010.

## SUMMARY OF INVESTIGATION

6.  In September 2024, Tacoma Police Department (TPD) began an investigation into HAMPTON for suspicion of drug trafficking. On October 29, 2024, TPD investigators conducted an operation to execute Pierce County search warrants for HAMPTON's person, his gray 2003 Hummer H2, and his Des Moines, Washington,

Complaint - 5
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

residence. Later the same day, TPD officers contacted HAMPTON at the 7-Eleven located on Pacific Highway in Fife, Washington. He was standing next to his vehicle, the 2003 Hummer H2, with the door open. There were no other occupants in the vehicle. HAMPTON was also the registered owner of the vehicle. Officers took HAMPTON into custody without incident. During the arrest, officers could see what appeared to be a firearm in a bag in the front passenger seat of the vehicle.

***Hampton has two firearms and narcotics in his Hummer***

7. Prior to searching the vehicle, officers obtained an addendum to the search warrant. The addendum was obtained, and during the search of the vehicle officers located firearms and drugs.

8. Inside the black backpack on the passenger seat, officers found an AA Arms, Model AP9, 9mm firearm bearing serial number 10643 with a loaded extended magazine inserted containing 26 live rounds, one of which was in the chamber.

9. Also, inside the backpack, officers found a box of plastic sandwich bags and the following narcotics:

- A clear bag containing smaller clear bags with blue pills labeled M30 weighing 99.7 grams testing positive for fentanyl.
- A clear bag containing other clear bags containing small crystal-like shards weighing 92.7 grams testing positive for methamphetamine.
- A clear plastic bag containing other clear plastic bags containing a white powdery substance weighing 44.1 grams testing positive for cocaine.
- A clear plastic bag containing tan chalky like substance weighing 29.4 grams testing positive for fentanyl.
- A tan hard substance in a clear wrap weighing 73.6 grams testing positive for fentanyl.

Complaint - 6
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

1          • A clear plastic bag containing numerous other small clear plastic bags
2             containing a white chalky like substance weighing 45.4 grams testing
3             positive for fentanyl.
4          • A clear plastic sandwich bag containing white chalky like substance
5             weighing 15.7 grams testing positive for fentanyl.

6  10.   Officers found a black cell phone on top of the center console of the car. Inside the center console, agents found a Ruger, Model: LCP, .380 caliber pistol, SN: 371527899 (it appeared that there was an attempt to obliterate the serial number) with a loaded magazine inserted containing six live rounds, and an additional one round in the chamber.

*Hampton has more narcotics and two firearms at his apartment.*

11.   Officers transitioned to conduct a search of HAMTON's Des Moines, Washington, residence. At the residence, HAMPTON's significant other was detained at the residence. Fazileth Khan-Hampton was advised of her *Miranda* Rights, and she both understood and waived her rights. A search of Khan-Hampton's person located a small black, rubber container in her front coat pocket that contained approximately three blue Fentanyl pills. Fazileth Khan-Hampton stated they were for personal use, that she uses "clear" or methamphetamine, that she and Ezekiel HAMPTON had been married about a year, that they had been living at the residence for a few months, and that they do generally keep to their own sides of the bed in their room. When asked if there were any guns inside the residence, she stated that there should not be and stated again that if any guns were inside, they were not hers.

12.   Khan-Hampton denied any knowledge of narcotics inside of the residence. However, officers found a bag containing narcotics on the ground below the apartment's balcony. We asked Khan-Hampton if she threw the bag to hide the narcotics, and she denied that she did. We asked again, and this time she stated, "yeah, I guess you could say that."

Complaint - 7
*United States v. Ezekiel Alon Hampton*
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

13. In the primary bedroom, next to a motorcycle helmet on the far side of the bed, officers found a Heckler & Koch HK416 .22 caliber pistol.

14. In the kitchen, agents found a Ruger .380 caliber pistol. The firearm was located next to the kitchen island in a box.

15. Throughout the house were additional narcotics, including fentanyl powder, fentanyl, pills, and methamphetamine. A purse on the kitchen counter contained 7.8 grams of fentanyl powder and 7 fentanyl pills. In the primary bedroom, officers found 26.7 grams of fentanyl powder. In the primary bedroom closet, officers found 519.5 grams of methamphetamine. In a cooler in the same closet, officers found 227.2 grams of fentanyl powder.

16. With respect to the bag officers found on the ground below the apartment's balcony, officers determined it contained 177.4 grams of methamphetamine, 33 grams of fentanyl powder, and 6 grams of fentanyl pills.

17. On January 3, 2025, ATF Special Agent (SA) Brian Arnold, an interstate nexus expert, took custody of the four firearms described above and ammunition. SA Arnold's preliminary review indicated that all four are firearms as defined in Title 18 U.S.C. § 921(a)(3). SA Arnold also concluded that if these firearms were received and/or possessed in the State of Washington, they traveled in and affected interstate or foreign commerce as defined in Title 18 U.S.C. § 921 (a)(2).

## CONCLUSION

18. Based on the above facts, I respectfully submit that there is probable cause to believe that EZEKIEL ALON HAMPTON did knowingly and intentionally possess firearms in violation of Title 18, United States Code, Section 922(g)(1), and knowingly and intentionally possessed narcotics with the intent to distribute them in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Complaint - 8
United States v. Ezekiel Alon Hampton
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

10. I am submitting this Complaint by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

_____
HANNAH BUSH, AFFIANT
Task Force Officer, ATF

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on the 16th day of January 2025. The Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

_____
The Honorable Theresa L. Fricke
United States Chief Magistrate Judge

Complaint - 9
United States v. Ezekiel Alon Hampton
USAO No. 2024R01182

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800